UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHAD SCHARF,

    Plaintiff,

v().                                       CASE NO. 3:23-cv-00633-BJD-MCR

BITWARDEN, INC.,

    Defendant.
_____/

**PLAINTIFF'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Plaintiff Chad Scharf makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

    **N/A**

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor:

    **N/A**

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate,

member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

**8bit Solutions LLC** – subsidiary of Defendant Bitwarden, Inc.

**Aranda, Robert** – counsel for Plaintiff

**Bitwarden, Inc.** – Defendant

**Campbell Trohn Tamayo & Aranda, P.A.** – law firm for Plaintiff

**Crandell, Michael** – CEO of Defendant Bitwarden, Inc.

**Scharf, Chad** – Plaintiff

**Vasquez, Jennifer** – counsel for Plaintiff

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

   **None known at this time.**

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

   **None known at this time.**

6. Identify each person arguably eligible for restitution:

   **Plaintiff Chad Scharf.**

☒ I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Respectfully submitted June 6, 2023.

        CAMPBELL TROHN
        TAMAYO & ARANDA, P.A.

        /s/ Jennifer M. Vasquez
        Jennifer M. Vasquez
        Fla. Bar No. 71942
        Robert Aranda
        Fla. Bar No. 988324
        P.O. Box 2369
        Lakeland, FL 33806
        Tel: (863) 686-0043
        Fax: (863) 616-1445
        j.vasquez@cttalaw.com
        r.aranda@cttalaw.com

        Attorneys for
        Plaintiff Chad Scharf