# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**CHAD SCHARF,**

    Plaintiff,

v.                                           CASE NO. 3:23-cv-00633-BJD-MCR

**BITWARDEN, INC.,**

    Defendant.
_____/

**PLAINTIFF'S FIRST SET OF INTERROGATORIES TO BITWARDEN**

Pursuant to Rule 33, Federal Rules of Civil Procedure, Plaintiff, Chad Scharf, by and through his undersigned counsel, hereby propounds this First Set of Interrogatories to Defendant, Bitwarden, Inc., to be answered fully, in writing, and under oath, within thirty (30) days of receipt of the date of service.

Dated: March 28, 2025

                                                       By    /s/ *Jennifer M. Vasquez*
                                                                Jennifer M. Vasquez
                                                                Fla. Bar No. 71942
                                                                j.vasquez@cttalaw.com
                                                                Campbell Trohn Tamayo
                                                                     & Aranda, P.A.
                                                                1701 South Florida Avenue
                                                                Lakeland, Florida 33803
                                                                (863) 686-0043 (phone)
                                                                (863) 616-1445 (facsimile)
                                                                Attorneys for Plaintiff

## Definitions

1. "Identify" when used with respect to a person means to state the person's full name, last known address, telephone number, job title, and employer.

2. "Identify" when used with respect to a document means to state the title, date, author, recipient, and subject matter of the document.

3. "Documents" means any written, recorded, or graphic material of any kind, whether prepared by You or by any other person, that is in Your possession, custody, or control, including but not limited to: memoranda, reports, letters, emails, text messages, instant messages, social media posts, posts and communications on Slack, notes, policies, handbooks, manuals, electronic files, audio recordings, video recordings, photographs, charts, and any drafts or revisions of any of the foregoing.

4. "You" or "your" refers to Bitwarden, its subsidiaries, parent companies, affiliated entities, and its present and former officers, directors, managers, employees, agents, representatives, and anyone acting on its behalf.

5. "Series B Financing" refers to any funding round, capital raise, investment, or financing activity designated as "Series B."

## Interrogatories

1. State your full name and any former names you were known by, your age, date and place of birth, and all addresses you have lived for the past five years, with the dates you lived at each address.

2. Identify each person who made the decision to terminate Chad Scharf's employment, and for each such person, state their job title, role in the decision-making process, and the specific reasons they gave for supporting termination. If you contend that you did not terminate Chad Scharf's employment, explain instead the process that led to his separation from employment and who was involved.

3. Identify each written policy, guideline, or rule that you contend Chad Scharf violated that led to his termination.

4. State with specificity all facts upon which you base your contention that Chad Scharf's choice of "Assigned by God" as his pronouns or his religious

objection to using an interviewee's preferred pronouns violated your policies or guidelines.

5. Identify all persons who were involved in any discussions or meetings regarding Chad Scharf's choice of preferred pronouns or religious objection to using the interviewee's preferred pronouns prior to termination.

6. Identify all persons who were aware of Chad Scharf's stated religious objections to using preferred pronouns, and for each such person, state when they became aware and how they responded.

7. Describe in detail any accommodations you considered or offered to Chad Scharf regarding his religious objections to using preferred pronouns.

8. Identify all persons who received complaints about Chad Scharf's conduct related to pronoun usage, and for each such person, state the nature of the complaint and any actions taken in response.

9. Identify all investors, venture capital firms, or funding sources involved in your Series B Financing, and for each such entity, state whether they were informed about Chad Scharf's separation from employment.

10. Describe in detail how, if at all, Chad Scharf's termination or any related employment disputes were discussed or addressed during the Series B Financing process.

11. Identify all documents related to your Series B Financing that mention Chad Scharf or any employment disputes.

12. Identify all persons involved in preparing materials for your Series B Financing who were aware of Chad Scharf's separation from employment.

13. Describe in detail any discussions or concerns raised by investors or potential investors regarding Chad Scharf's termination or any related employment disputes during the Series B Financing process.

14. Describe in detail all factors that you considered when determining whether to terminate Chad Scharf's employment, including any consideration of potential financial impacts, investor concerns, or public relations issues.

15. Identify all training programs, seminars, or educational materials provided to your employees regarding pronouns, gender identity, or religious accommodations in the workplace.

16. Identify all persons who received complaints from other employees regarding Chad Scharf's conduct related to pronoun usage, and for each such person, describe the nature of the complaint and any actions taken in response.

17. Describe in detail your company's policies and procedures for addressing requests for religious accommodations during the time of Chad Scharf's employment.

18. Describe in detail any communications between your company and any third parties (including investors, customers, or business partners) regarding Chad Scharf's separation from employment or any related employment disputes.

19. State with specificity the date when you first became aware of Chad Scharf's religious objections to using preferred pronouns, who became aware, and how you responded.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was sent via email to all counsel of record on March 28, 2025.

/s/ Jennifer Vasquez
Attorney for Plaintiff
Fla. Bar No. 71942