# EXHIBIT D

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**CHAD SCHARF,**

    **Plaintiff,**

**v.**                                              **CASE NO. 3:23-cv-00633-BJD-MCR**

**BITWARDEN, INC.,**

    **Defendant.**
_____/

## **PLAINTIFF'S FIRST REQUEST TO PRODUCE TO DEFENDANT**

Pursuant to Rule 34, Federal Rules of Civil Procedure, Plaintiff, Chad Scharf, by and through his undersigned counsel, requests that Defendant, Bitwarden, Inc., produce the following documents and ESI to Plaintiff's counsel via email or drop box link, within thirty days of receipt of this Request.

Dated: March 26, 2025    By    /s/ *Jennifer M. Vasquez*

                                                 Jennifer M. Vasquez
                                               Fla. Bar No. 71942
                                               j.vasquez@cttalaw.com
                                               Campbell Trohn Tamayo
                                                   & Aranda, P.A.
                                               1701 South Florida Avenue
                                               Lakeland, Florida 33803
                                               (863) 686-0043 (phone)
                                               (863) 616-1445 (facsimile)
                                               Attorneys for Plaintiff

## Definitions

1. "Documents" means any written, recorded, or graphic material of any kind, whether prepared by You or by any other person, that is in Your possession, custody, or control, including but not limited to: memoranda, reports, letters, emails, text messages, instant messages, social media posts, posts and communications on Slack, notes, policies, handbooks, manuals, electronic files, audio recordings, video recordings, photographs, charts, and any drafts or revisions of any of the foregoing.

2. "You and "Yours" refers to Bitwarden, Inc., its subsidiaries, parent companies, affiliated entities, and its present and former officers, directors, managers, employees, agents, representatives, and anyone acting on its behalf.

3. "Pronouns" or "Preferred pronouns" references the practice of choosing, designating, announcing, or listing the pronouns by which a person wants to be referred.

4. "DEI" means diversity, equity, and inclusion and refers to organizational policies, practices, and initiatives aimed at creating workplaces and institutions that support diverse populations.

5. "Series B Funding" refers to any funding round, capital raise, investment, or financing activity designated as "Series B."

## Instructions

1. Unless otherwise noted, please produce documents and ESI as they are kept in the usual court of business and organize and label them to correspond to the categories of each request.

2. Please produce ESI by email, thumb drive, or online file sharing service. Files not easily converted to image format, such as Excel and PowerPoint files, should be produced in native format with a corresponding single-page Bates labelled TIFF placeholder. Please produce all documents as either PDF or TIFF images with associated metadata and extracted text.

3. All responsive emails must contain all emails within the thread, including responses, replies, forwards, and attachments.

4. All terms and phrases not otherwise defined herein shall have the meaning given in the Complaint or the meaning provided by common sense and common usage.

5. Please Bates stamp each document and indicate which Bates numbers are responsive to each request.

6. Unless otherwise noted, the date range for these requests is from January 1, 2020, to present.

**Requests for Production**

1. All documents relating to the separation of Chad Scharf's employment, including but not limited to termination notices, resignation letters, internal correspondence, performance reviews, disciplinary records, and notes from termination or resignation meetings.

2. All documents containing, referencing, or relating to Your policies, guidelines, training materials, or communications regarding "inclusivity," the use of pronouns in the workplace, DEI, gender, or related topics.

3. All emails, text messages, Slack messages, or any other communications from or to Sarah Frost referring to Chad Scharf, either by name or implication.

4. All emails, text messages, Slack messages, or any other communications from or to Michael Crandell referring to Chad Scharf, either by name or implication.

5. Any other documents not produced in response to #4 or #5 above containing communications from or to or between any supervisor, manager, or human resources representative or other management-level employees regarding Chad Scharf's use of "Assigned by God," discussions regarding gender or pronouns, or interview of ▉▉▉▉▉▉

6. All documents related to any complaints, concerns, or reports made by Bitwarden employees regarding Chad Scharf's conduct, statements, refusal to use preferred pronouns, or beliefs regarding gender.

7. All documents regarding the addition of the Slack field for pronouns, including but not limited to any communications or directives to the staff who made the change.

8. All documents used for the presentation, including any notes or materials relied on in preparation by Sarah Frost, in or around January-March 2021 given by Sarah Frost regarding "inclusivity," including but not limited to the recording of that portion of the meeting.

9. All communications to or from Bitwarden employees or Bitwarden management regarding Chad Scharf from January 1, 2021, to December 31, 2022.

10. All documents related to any accommodations requested by Chad Scarf based on his religious beliefs.

11. All documents containing records of disciplinary actions, warnings, or corrective measures issued to Chad Scharf during his entire employment with Bitwarden.

12. Any documents prepared that mention or refer to Chad Scharf in conjunction with Series B Financing.

13. All presentations, pitches, prospectuses, or information packets prepared for potential investors as part of Series B Funding that mention or reference Chad Scharf.

14. All documents related to your assessment of potential liabilities, including employment disputes or litigation, prepared in connection with Series B Funding.

15. All communications with investors, venture capital firms, or other funding sources regarding DEI-related topics during Bitwarden's Series B Funding process.

16. All communications with ████████ before, during, and after the Bitwarden interview process.

17. All documents regarding ████████, including but not limited to, any interview notes or offer of employment.

18. All documents regarding your company culture, values, or workplace expectations related to diversity, inclusion, and respect that were in effect during Chad Scharf's employment.

19. All documents related to training received by managers or human resources personnel regarding religious accommodations, religious discrimination, or religious tolerance in the workplace, or related topics.

20. All documents related to training given by managers or human resources personal regarding religious accommodations, religious discrimination, or religious tolerance in the workplace, or related topics.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was sent via email to all counsel of record on March 28, 2025.

/s/ Jennifer Vasquez
Attorney for Plaintiff
Fla. Bar No. 71942